UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 12-cr-28-01-SM

<u>Felix Urena</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to August 10, 2012 at 3:30 p.m.; Trial is continued to the two-week period beginning August 21, 2012, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              <u>/s/ Steven J. McAuliffe</u>
              Steven J. McAuliffe
              United States District Judge

Date: May 16, 2012

cc: Debra M. Walsh, Esq.
  Jeffrey S. Levin, ESq.
  U.S. Marshal
  U.S. Probation