UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 12-cr-28-01-SM

<u>Felix Urena</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to November 2, 2012 at 1:30 p.m.; Trial is continued to the two-week period beginning November 13, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/ Steven J. McAuliffe</u>
                                            Steven J. McAuliffe
                                            United States District Judge

Date: July 26, 2012

cc: Jeffrey S. Levin, Esq.
    Debra M. Walsh, Esq.
    U.S. Marshal
    U.S. Probation